**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| SAMUEL FORBES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:16cv943 |
| ) | |
| KARLEIGH, INC. f/k/a ) | |
|     VALENTINE & KEBARTAS, INC.,) | |
| VALENTINE & KEBARTAS, INC., and ) | |
| VALENTINE & KEBARTAS, LLC, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT VALENTINE & KEBARTAS, LLC'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT OR
STAY AND COMPEL ARBITRATION OR TRANSFER VENUE**

Defendant Valentine & Kebartas, LLC (the "Defendant" or "V&K, LLC"), by counsel, hereby moves the Court to dismiss Plaintiff Samuel Forbes's ("Plaintiff") First Amended Complaint [ECF No. 4] pursuant to Rules 12(b)(1), 12(b)(3), and 12(b)(6) of the *Federal Rules of Civil Procedure*, or in the alternative, stay the proceedings and compel arbitration, or in the alternative, transfer venue to the Western District, for the reasons set forth in Defendant's accompanying memorandum in support.

Dated: January 23, 2017                    Respectfully Submitted,

                                                                            **VALENTINE & KEBARTAS, LLC**

                                                                            **By Counsel**

      /s/ Cullen D. Seltzer
Cullen D. Seltzer (VSB #35923)
Faith A. Alejandro (VSB #80076)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  cseltzer@sandsanderson.com
Email:  falejandro@sandsanderson.com
*Counsel for Defendant Valentine & Kebartas, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

>Dale W. Pittman, Esquire
>The Law Office of Dale W. Pittman
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, Virginia 23803
>Telephone:  (804) 861-6000
>Facsimile:  (804) 861-3368
>dale@pittmanlawoffice.com
>*Counsel for Plaintiff*

and sent by first class mail, postage prepaid to:

>Robert M. Kebartas
>15 Union Street
>Lawrence, Massachusetts  01840
>*Registered Agent for Karleigh, Inc., f/k/a Valentine & Kebartas, Inc. and Valentine & Kebartas, Inc.*

>　　　　　　　　/s/
>Cullen D. Seltzer (VSB No. 35923)
>Faith A. Alejandro (VSB No. 80076)
>SANDS ANDERSON PC
>Bank of America Center, Ste. 2400
>1111 East Main Street (23219)
>P. O. Box 1998
>Richmond, VA 23218-1998
>Telephone:  804-648-1636
>Telefax:  804-783-7291
>cseltzer@sandsanderson.com
>falejandro@sandsanderson.com