**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| SAMUEL FORBES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:16cv943 |
| ) | |
| KARLEIGH, INC. f/k/a ) | |
| VALENTINE & KEBARTAS, INC.,) | |
| VALENTINE & KEBARTAS, INC., and ) | |
| VALENTINE & KEBARTAS, LLC, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER

This matter comes before the Court on Defendant Valentine & Kebartas, LLC's ("Defendant") Motion to Dismiss First Amended Complaint or Stay and Compel Arbitration or Transfer Venue [ECF No. 10]. The parties, through their counsel, have stipulated to the entry of this Order having agreed to submit Plaintiff Samuel Forbes's ("Plaintiff") claims found in the First Amended Complaint against Defendant to binding arbitration, pursuant to the terms and conditions of the arbitration provision of the Consumer Installment Loan Agreement executed by Plaintiff on August 7, 2012 (the "Agreement").

NOW THEREFORE, IT IS HEREBY ORDERED that pursuant to the consent of both parties, and for good cause shown, the matter is STAYED to allow the parties to proceed to arbitration under the terms and conditions of the Agreement.

IT IS SO ORDERED. ENTERED: / /

_____
The Honorable M. Hannah Lauck
United States District Court Judge
Eastern District of Virginia

WE ASK FOR THIS:

_____/s/_____
Cullen D. Seltzer (VSB #35923)
Faith A. Alejandro (VSB #80076)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  cseltzer@sandsanderson.com
Email:  falejandro@sandsanderson.com
*Counsel for Defendant Valentine & Kebartas, LLC*

and

_____/s/_____
Dale W. Pittman, Esquire
THE LAW OFFICE OF DALE W. PITTMAN
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
Telephone:  (804) 861-6000
Facsimile:  (804) 861-3368
dale@pittmanlawoffice.com
*Counsel for Plaintiff*